ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XII

| MARA A. GUTIÉRREZ DONES<br><br>Recurrente<br><br>v.<br><br>JUNTA ADJUDICATIVA DEL DEPARTAMENTO DE LA FAMILIA<br><br>Recurrido | TA2026RA00327 | *Revisión Judicial* procedente de la Junta Adjudicativa del Departamento de la Familia<br><br>Caso Núm.:<br>2026 PPSF 00019<br><br><br>Sobre: Protección de menores con fundamento |
|---|---|---|

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto y el Juez Campos Pérez

Campos Pérez, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 24 de junio de 2026.

El 16 de junio de 2026, la parte recurrente, Sra. Mara A. Gutiérrez Dones (señora Gutiérrez Dones), compareció ante esta curia por derecho propio e *in forma pauperis*.[1] Solicitó la revisión judicial del caso de epígrafe para que "se enmienden las alegaciones de negligencia emocional y médica" en su contra.[2] La *Resolución* impugnada fue emitida y notificada el 16 de diciembre de 2025, por la Junta Adjudicativa del Departamento de la Familia (JADF).[3] Es decir, la revisión judicial de este dictamen administrativo venció el 15 de enero de 2026.

En su parte pertinente, la Sección 4.2 de la Ley Núm. 38 de 30 de junio de 2017, *Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico*, 3 LPRA sec. 9672 (LPAUG), dispone que "una parte adversamente afectada por una orden o resolución final de una agencia y que haya agotado todos los remedios provistos por la agencia o por el organismo administrativo apelativo correspondiente podrá presentar **una**

---

[1] La recurrente presentó ante nuestra consideración el formulario *Solicitud para declaración de indigencia*, el cual una vez evaluado, lo declaramos con lugar. Entrada 2 del Sistema Unificado de Manejo y Administración de Casos del Tribunal de Apelaciones (SUMAC-TA).
[2] Refiérase, a la *Revisión de Decisión Administrativa*, pág. 3, entrada 1 SUMAC-TA.
[3] Véase, entrada 1 SUMAC-TA.

**solicitud de revisión judicial** ante el Tribunal de Apelaciones, dentro de un **término de treinta (30) días** contados a partir de la fecha del archivo en autos de la copia de la notificación de la orden o resolución final de la agencia".[4] (Énfasis nuestro).

Debemos mencionar que, en su recurso, la señora Gutiérrez Dones aludió a un caso previo sometido ante un panel fraterno el 8 de enero de 2026: TA2026RA00038.[5] Dicho recurso fue desestimado por falta de jurisdicción ante la falta de perfeccionamiento, ya que la recurrente, en esa ocasión, no incluyó la *Resolución* impugnada.

Luego de examinado el expediente de marras, ausente éste de un dictamen revisable,[6] prescindimos de la postura de la parte recurrida, conforme provee la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, según enmendada, pág. 15, 215 DPR __ (2025). Asimismo, toda vez que adolecemos de autoridad jurisdiccional para dirimir los méritos de la causa, al amparo de la Regla 83(B)(1) de nuestra reglamentación, *supra*, pág. 115, desestimamos el recurso de *Revisión de Decisión Administrativa*, al presentarse por segunda ocasión y fuera del término estatutario.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[4] En el expediente consta un escrito juramentado, ponchado por la JADF como recibido el 16 de junio de 2026 e intitulado *Reconsideración y Revisión Judicial*. En éste, la recurrente aludió a una presunta evidencia concerniente al procedimiento administrativo observado. Además, solicitó la enmienda a las alegaciones. Huelga mencionar que el plazo para solicitar la reconsideración a la JADF también expiró; Sec. 3.15 LPAUG, 3 LPRA sec. 9655. Véase, apéndice 2, entrada 1 SUMAC-TA.

[5] Tomamos conocimiento judicial del expediente electrónico del caso TA2026RA00038, incluyendo la *Sentencia* de 11 de marzo de 2026.

[6] La recurrente incluyó algunos documentos del caso de relaciones filiales *Alberto Rivera López v. Mara A. Gutiérrez Dones*, K CU2016-0298. Sin embargo, ninguno comprende un dictamen revisable. Por ejemplo, mediante la *Resolución* emitida el 12 de junio de 2026, el tribunal *a quo* declaró con lugar el relevo de representación legal de la señora Gutiérrez Dones. Sobre este asunto, surge del recurso que ésta solicitó la renuncia de su abogado. Refiérase, a la *Revisión de Decisión Administrativa*, pág. 3 y el apéndice 1, entrada 1 SUMAC-TA.